UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KALOA I. HEARNE,

    Plaintiff,

v.

MANPOWER OF INDIANA L.P., *et al*,

    Defendants.

_____/

Case No. 15-12113

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13] AND GRANTING DEFENDANT'S MOTION TO DISMISS [5]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation. (Dkt. 13.) Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation,[1] in accordance with 28 U.S.C. § 636(b)(1), the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss [5] is GRANTED, and the case is hereby DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

    S/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: February 23, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 23, 2016, by electronic and/or ordinary mail.

    S/Carol J. Bethel

---

[1] No objections were filed.

Case Manager